O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. SA 07-201M |
| Plaintiff, | ) ) | ORDER OF DETENTION |
| v. | ) ) | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143(a)] |
| ANTOINE JEROME SOWELL, | ) ) | |
| Defendant. | ) | |

The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable Tucker L. Melancon, United States District Judge, of the United States District Court for the Western District of Louisiana, for an alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),    The Court finds the defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the nature of the charged offenses, and his very extensive criminal history.

/ / /

/ / /

1
2      IT THEREFORE IS ORDERED that the defendant be detained pending the further
3 revocation proceedings in the charging district.  To the extent possible, the Marshal is
4 directed to isolate the defendant from other inmates or minimize his potential contact with
5 other inmates.
6
7
8 Dated: July 12, 2007                    /s/   ARTHUR NAKAZATO
9                                               ARTHUR NAKAZATO
                                         UNITES STATES MAGISTRATE JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28